UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

LEGION INNOVATIONS, LLC

Plaintiff,

v.

ALPHATEC SPINE, INC.

Defendant.

Case No. 7:26-CV-00026-DC-DTG

JURY TRIAL DEMANDED

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Standing Order Governing Proceedings (OGP) 4.4—Patent Cases, Plaintiff Legion Innovations, LLC ("Legion") and Defendant Alphatec Spine, Inc. ("Alphatec") submit this Joint Claim Construction Statement for disputed claim terms in asserted U.S. Patent No. 10,080,665 (the "'665 patent").

| Claim Language | Legion Proposed Construction | Alphatec Proposed Construction |
|---|---|---|
| "A method of performing surgery on a spine of a subject positioned in a prone position, the method comprising:"<br><br>Claim 1 (preamble) | Preamble is limiting | Non-limiting |
| "at least toward a quadratus lumborum muscle or an external oblique muscle of the subject"<br><br>Claim 1 | "in the direction of a quadratus lumborum muscle or a lateral edge of an external oblique muscle of the subject" | Indefinite<br><br>Alternative, indefinite with the anatomical terms having their plain and ordinary meaning, for which no construction is required |

| Claim Language | Legion Proposed Construction | Alphatec Proposed Construction |
|---|---|---|
| "performing sharp dissection to a lateral edge of the quadratus lumborum muscle or the external oblique muscle of the subject"<br><br>Claim 4 | Definite | Indefinite |

Dated: September 24, 2026.

Respectfully submitted:


/s/Syed M. Abedi w/permission
William E. Davis, III

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
DAVIS FIRM, PC
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090

Jeffrey E. Danley (*pro hac vice*)
Syed M. Abedi (*pro hac vice*)
SEED INTELLECTUAL PROPERTY
LAW GROUP LLP
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Tel.: 206-622-4900
Jeff.Danley@seedip.com
SyedA@seedip.com

***Attorneys for Plaintiff***
***Legion Innovations, LLC***

/s/Nimalka Wickramasekera w/permission

**Nimalka Wickramasekera**
California Bar No. 268518
Nimalka.Wickramasekera@winstontaylor.com
WINSTON TAYLOR LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Tel.: (213) 615-1700

**Michael A. Meneghini**
(Admitted *pro hac vice*)
Michael.Meneghini@winstontaylor.com
WINSTON TAYLOR LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Tel.: (312) 558-5600

**Matthew J. Wurst**
(Admitted *pro hac vice*)
Matthew.Wurst@winstontaylor.com
WINSTON TAYLOR LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel.: (214) 453-6500

***Attorneys for Defendant Alphatec Spine, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 24, 2026.

*/s/ William E. Davis, III*
William E. Davis, III